```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 24328
    EDYTHE MAE TAYLOR
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
     SSN XXX-XX-8532

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 06/29/2004 and was confirmed 08/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/09/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED            2054.59        214.57        2054.59
FORD MOTOR CREDIT          NOTICE ONLY     NOT FILED            .00            .00
FORD MOTOR CREDIT CO       NOTICE ONLY     NOT FILED            .00            .00
LITTON LOAN SERVICING      CURRENT MORTG   37380.79            .00       37380.79
LITTON LOAN SERVICING      MORTGAGE ARRE   15394.49            .00       15394.49
PROVIDENT BANK             NOTICE ONLY     NOT FILED            .00            .00
WINDOW WORLD               SECURED            2110.65            .00        2110.65
ACC INTERNATIONAL          UNSEC W/INTER   NOT FILED            .00            .00
AMERICAN GENERAL FINANCE   UNSEC W/INTER      287.02          35.33          79.77
CAPITAL ONE BANK           UNSEC W/INTER      986.88         124.43         311.21
CHICAGO MUNICIPAL EMPLOY   SECURED            3177.76        1350.51        3177.76
HOUSEHOLD BANK             UNSEC W/INTER   NOT FILED            .00            .00
HOUSEHOLD BANK             UNSEC W/INTER   NOT FILED            .00            .00
NORDSTROM                  UNSEC W/INTER   NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER         .00            .00            .00
PROFESSIONAL ACCOUNT MGM   UNSEC W/INTER   NOT FILED            .00            .00
SHERMAN ACQUISITION        UNSEC W/INTER     4499.43         595.56        1418.88
SHERMAN ACQUISITION        UNSEC W/INTER     1337.06         168.16         421.62
RNB MARSHALL FIELDS        UNSEC W/INTER   NOT FILED            .00            .00
SHERMAN ACQUISITION        UNSEC W/INTER      182.81          21.24          50.81
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     1265.10         159.07         398.95
NCO FINANCIAL              UNSEC W/INTER      200.00          23.31          55.60
TIMOTHY K LIOU             DEBTOR ATTY        991.40                        991.40
TOM VAUGHN                 TRUSTEE                                        3,807.25
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                70,345.95


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 24328 EDYTHE MAE TAYLOR
```

```
PRIORITY                                                              .00
SECURED                                                         60,118.28
    INTEREST                                                     1,565.08
UNSECURED                                                        2,736.84
    INTEREST                                                     1,127.10
ADMINISTRATIVE                                                     991.40
TRUSTEE COMPENSATION                                             3,807.25
DEBTOR REFUND                                                         .00
                                      ----------------    ----------------
TOTALS                                       70,345.95           70,345.95
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 09/24/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 04 B 24328 EDYTHE MAE TAYLOR